787. SMITH *v.* THE STATE.

POWELL, J. This case is controlled by the decision of the Supreme Court in the case of *Drake* v. *Beck*, 129 *Ga.* 466 (59 S. E. 306).

*Judgment affirmed.*

Accusation of gaming, from city court of Griffin—Judge Hammond. September 16, 1907.

Submitted November 11,—Decided November 25, 1907.

*Farr & Williams,* for plaintiff in error.

*William H. Beck,* solicitor, contra.